IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


UNITED STATES OF AMERICA       )
                               )
          v.                   )     CRIMINAL ACTION NO.
                               )        3:09cr203-MHT
JOHN ERNEST JOHNSTON           )            (WO)

ORDER

The court being of the opinion that the defendant should be allowed to withdraw his plea, there is a question as to whether the defendant should be allowed to withdraw his plea to count one of the indictment while leaving his plea to count two of the indictment intact. It is ORDERED that the parties should be prepared to present their views on this issue at the sentencing hearing on July 18, 2013.

DONE, this the 17th day of July, 2013.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE