IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 3:09cr203-MHT |
| JOHN ERNEST JOHNSTON | ) | (WO) |

ORDER

For the reasons expressed in the memorandum opinion issued July 17, 2013 (doc. no. 64), and the opinion and order entered this day denying reconsideration, it is ORDERED that defendant John Ernest Johnston's amended motion to dismiss for speedy trial violation (doc. no. 51) is (1) granted to the extent that count one of the indictment is dismissed with prejudice and (2) denied as to count two of the indictment.

DONE, this the 30th day of July, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE